UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| KEVIN C. ROBINSON )<br>      Plaintiff, )<br>    )<br>v. )<br>    )<br>TOWN OF MARSHFIELD, et al )<br>      Defendants. )<br>_____) | Civil Action<br>No. 16-cv-12560 |

**NONPARTY MARK D. SMITH, ESQ.'S MOTION TO QUASH PLAINTIFF'S
SUBPOENA FOR DEPOSITION AND DOCUMENTS,
AND MOTION FOR A PROTECTIVE ORDER**

Mark D. Smith, Esq., a nonparty and special counsel to defendant Town of Marshfield ("Special Counsel"), hereby requests that this Court quash Plaintiff's Subpoena to Testify at a Deposition and Demand for Documents, grant Special Counsel a protective order pursuant to Rules 26(c) and 45(d)(3) of the Federal Rules of Civil Procedure, and bar Plaintiff from deposing Special Counsel in connection with the above-captioned action.

As ground therefor, Special Counsel states that he maintained an attorney-client relationship with the defendant, Town of Marshfield during the relevant time. The subpoena attempts to invade communications and documents protected by the attorney-client privilege, the work product doctrine, and Rule 1.6 of the Massachusetts Rules of Professional Conduct. A memorandum in support of these motions is submitted herewith.

1

Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred with counsel for Plaintiff on January 26, 2018 and attempted in good faith to resolve the issues, but those efforts were not successful.

WHEREFORE, for the reasons set forth herein and in the accompanying memorandum, Mark D. Smith, Esq. respectfully requests that the Court grant this motion.

                                                Respectfully Submitted,

                                                MARK D. SMITH

                                                By his attorneys,

                                                /s/  Payal Salsburg
                                                Marc C. Laredo, BBO No. 543973
                                                Payal Salsburg, BBO No. 568812
                                                Laredo & Smith, LLP
                                                101 Federal Street, Suite 650
                                                Boston, MA 02110
                                                Tel: (617) 443-1100
                                                Fax: (617) 443-1174
Dated: February 2, 2018          laredo@laredosmith.com
                                                salsburg@laredosmith.com

CERTIFICATE OF SERVICE

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail, postage prepaid, on February 2, 2018, to those identified as non-registered participants.

                                    */s/ Payal Salsburg*
                                    Payal Salsburg