UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN C. ROBINSON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MARSHFIELD, ROCCO LONGO, in his Official Capacity and individually, and JOHN E. HALL, in his official capacity and individually,<br>    Defendants | CIVIL ACTION NO.<br>1:16-cv-12560-NMG |

**PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENA
AND FOR A PROTECTIVE ORDER**

Plaintiff, Kevin C. Robinson ("Robinson"), hereby opposes the Motion to Quash and For a Protective Order filed by Loredo & Smith ("L&S"). As grounds therefore, Robinson states that L&S is not entitled to the relief sought. Robinson offers the attached Memorandum of Law in support of his opposition.

PLAINTIFF,
KEVIN C. ROBINSON
By his Attorneys,

/S/ Marisa A. Campagna
_____
Marisa A. Campagna BBO# 552692
71 Commercial Street
Boston, Massachusetts 02109
(617) 338-1101
Marisa@maclawboston.com

Anne Glennon BBO# 658525
P.O. Box 2004
Plymouth Massachusetts 02345
(978) 283-4706
Anneglennon.esq@gmail.com

Dated: February 13, 2018

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first class mail, postage prepaid, on February 13, 2018, to those identified as non-registered participants.

/s/ Marisa A. Campagna
_____
Marisa A. Campagna