

## CONFIDENTIAL

VIA HAND-DELIVERY & CERTIFIED MAIL

To: Kevin Robinson, Fire Chief
From: Marshfield Board of Selectmen
CC: Mark D. Smith, Esq.
Date: November 25, 2014
Re: Notice of Investigation by Special Counsel

On Monday, November 24, 2014, the Marshfield Board of Selectmen voted unanimously to retain Attorney Mark D. Smith, of the law firm of Laredo and Smith, LLP, as special counsel, to perform a comprehensive investigation into allegations of unlawful conduct and recent events in the Marshfield Fire Department.

You are advised that Attorney Smith has been charged to investigate allegations that Marshfield Fire Department personnel have been engaged in conduct that violates G.L. c. 268A, the Conflict of Interest Law. Attorney Smith's résumé and contact information is attached to this notice. The Board expects he will be in contact with you immediately.

The Board desires to complete this investigation as quickly as practicable so as to minimize the potential impact on Fire Department operations; however, it is likely that Attorney Smith's investigation will necessarily involve some disruptions to schedules and the Board expects your accommodating him in this matter. In order to facilitate the investigation, the Board is issuing to you the following directives:

1. You are hereby ordered to fully cooperate with Attorney Smith and any persons working with him during this investigation in any way

he deems necessary and appropriate. That cooperation includes, but is not limited to, making yourself available for interviews by Attorney Smith upon reasonable notice, and by providing any information and/or documents promptly upon request.

2. You are ordered to require and expressly direct that all Fire Department personnel fully cooperate in this investigation, and, if requested to do so, you shall issue direct written orders mandating cooperation to any and all Fire Department personnel whose participation is requested by the investigator.

The safe, efficient and lawful operation of the Marshfield Fire Department is our foremost concern at this time. The alleged conduct, if true, could seriously undermine the operation, which is why we, as Selectmen, have taken this action.

We wish to make it clear to you, to all Fire Department personnel or any other person that the Board will not tolerate any delay, obstruction or interference with this investigation, any intimidation of any witness, or any form of retaliation against any witness or participant in this investigation.

If you have any questions regarding this notice, you may contact Town Counsel Robert W. Galvin or Labor Counsel John Clifford.

TOWN OF MARSHFIELD
By its BOARD OF SELECTMEN

John Hall, Chairman
Matthew McDonough, Vice-Chairman
Stephen Robbins, Clerk