| NOTICE OF PUBLIC MEETING |
|---|

NAME OF PUBLIC BODY: **BOARD OF SELECTMEN**
DATE OF MEETING: **Friday, February 27, 2015**
TIME: **4:30 PM**
PLACE: **Selectmen's Hearing Room**

## AGENDA

### EXECUTIVE SESSION

To investigate charges of criminal misconduct or to consider the filing of criminal complaints, including but not limited to violations of MGL 268A, the Conflict of Interest Law.