*JEANETTE BARNES*

## PRESS RELEASE

In November of 2014, as a result of continuing allegations of impropriety and/or violation of the state ethics laws in the Marshfield Fire Department, the Board of Selectmen initiated an independent investigation into potential violations of Mass. Gen. L. c. 268A in the Marshfield Fire Department.

To ensure objectivity in this investigation, the Board of Selectmen engaged outside special counsel, Mark Smith, Esq. of Laredo & Smith in Boston to oversee the investigation of the Fire Department and directed every member of the Marshfield Fire Department to comply fully with counsel. Attorney Smith is a former Assistant Attorney General in the Massachusetts Attorney General's Office where he served as Deputy Chief of the Criminal Bureau where he supervised the Public Integrity Division, Economic Crimes Division, Environmental Crimes Strike Force and the High Technology Crimes Unit.    In private practice, Attorney Smith concentrates in white-collar crime, government investigations, and business litigation and regulation and actively practices before the Massachusetts State Ethics Commission.

Over a period three (3) months, Attorney Smith and his investigative team interviewed witnesses, analyzed documents, including memoranda, correspondence, emails, grievances, ethics disclosures, personnel records, meeting minutes, and other documents concerning the Fire Department.

In late February 2015, Attorney Smith presented his findings to the Board of Selectmen and, as a result, Chief Kevin Robinson and Captain Shaun Robinson were placed on immediate paid administrative leave while the investigation continued and the entire matter was immediately referred over to the State Ethics Commission.

In early March 2015, now retired Chief Kevin Robinson was provided with written notice of a disciplinary hearing that detailed the allegations against him with a summary of the basis for the allegations.    Chief Robinson, who was represented by counsel in the matter, elected to retire rather than proceed with a hearing and collected, as was his right, his accrued employment benefits only.

Later in March 2015 and in April 2015, Captain Shaun Robinson was provided by written notice of a disciplinary hearing by the Acting Fire Chief, which detailed the allegations against him.   Captain Robinson, who was represented by counsel, elected to agree to a two week unpaid suspension in lieu of a hearing.

The Selectmen's Office will not have any further comments on these matters which are pending at the State Ethics Commission.