**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KEVIN C. ROBINSON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MARSHFIELD, ROCCO LONGO, in his Official Capacity and individually, and JOHN E. HALL, in his official capacity and individually,<br>    Defendants | CIVIL ACTION NO.<br>1:16-cv-12560-NMG |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Plaintiff, Kevin C. Robinson and the defendants, Town of Marshfield, et al. (collectively, the "parties") hereby respectfully request that this court extend the Scheduling Order deadlines in this matter.

The parties request that the deadline for the completion of discovery be extended to April 30, 2018; the deadline for filing any dispositive motions be extended to May 30, 2018; and the deadline for filing any opposition to dispositive motions be extended to June 30, 2018.  All other deadlines would remain unchanged.

As grounds therefore, the parties state:

While the parties have diligently endeavored to complete all discovery within the deadlines set by the court, two events beyond our control have prevented us from completing all depositions.

Robinson has completed the depositions of Fire Chief Hocking, Deputy Fire Chief Cipullo, Firefighter and (Then) Union President Cohen, Firefighter Morgan, training officer, Capt. Boccuzzo, training officer and Regina Ryan, Esq., an investigator for the Town.

The depositions of Hall, Robbins and McDonough, Selectmen, had to be postponed due to a large storm and resulting power outage. Those depositions are scheduled for March 30, 2018. Robinson began the deposition of former Town Administrator Longo today. However, the witness had to leave early for a medical appointment and the remainder of his deposition will have to be rescheduled.

The Town has completed the depositions of Shaun and Shauna Robinson and taken one half of the plaintiff's deposition. The second half is scheduled for March 27, 2018.

In addition, the non-party witness, Mark Smith, filed a Motion to Quash his deposition subpoena, requiring his deposition to be postponed until after the court denied the motion on March 16, 2018. Smith has represented to the parties that his next available dates are April 18 or 19, 2018. The Smith deposition is tentatively scheduled for April 18, 2018, pending the court's allowance of this Motion.

This extension will not require any change to the October 1, 2018 trial date set by the court and will not cause any significant delays for the court.

**WHEREFORE,** the parties respectfully request that the Scheduling Order be amended as set forth above.

| | |
|---|---|
| DEFENDANT<br>TOWN OF MARSHFIELD<br>By its Attorneys<br><br>PIERCE DAVIS & PERRITANO<br><br>/S/_Jason Crotty<br>_____<br>Jason Crotty BBO# 656313<br>10 Post Office Square<br>Boston MA 02109<br>(617) 350-0950<br>JCrotty@piercedavis.com<br><br>Dated: March 23, 2018 | PLAINTIFF,<br>KEVIN C. ROBINSON<br>By his Attorneys,<br><br>/S/ Marisa A. Campagna<br>_____<br>Marisa A. Campagna BBO# 552692<br>71 Commercial Street<br>Boston, Massachusetts 02109<br>(617) 338-1101<br>Marisa@maclawboston.com<br><br>Anne Glennon BBO# 658525<br>P.O. Box 2004<br>Plymouth Massachusetts 02345<br>(978) 283-4706<br>Anneglennon.esq@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first class mail, postage prepaid, on March 23, 2018, to those identified as non-registered participants.

/s/ Marisa A. Campagna
_____
Marisa A. Campagna