UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN C. ROBINSON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MARSHFIELD, ROCCO LONGO, in his Official Capacity and individually, and JOHN E. HALL, in his official capacity and individually,<br>    Defendants | CIVIL ACTION NO.<br>1:16-cv-12560-NMG |

**PLAINTIFF'S MOTION TO TAKE ADDITIONAL DEPOSITIONS**

Plaintiff, Kevin Robinson ("Robinson"), hereby requests that he be permitted to take two (2) additional depositions in the above captioned matter. Robinson wishes to depose two attorneys employed by the Defendant, Town of Marshfield (the "Town"); Robert Galvin, Town Counsel and John Clifford, Labor Counsel.

PLAINTIFF,
KEVIN C. ROBINSON

By his Attorneys,

/S/ Marisa A. Campagna
_____
Marisa A. Campagna BBO# 552692
71 Commercial Street
Boston, Massachusetts 02109
(617) 338-1101
Marisa@maclawboston.com

                                                  Anne Glennon BBO# 658525
                                                  P.O. Box 2004
                                                  Plymouth Massachusetts 02345
                                                  (617) 285-3670
                                                  Anneglennon.esq@gmail.com

Dated:  May 18, 2018

**CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 18th day of May 2018.

                                                  /s/ Marisa A. Campagna
                                                  _____
                                                  Marisa A. Campagna