# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN C. ROBINSON,<br>    Plaintiff,<br><br>vs.<br><br>TOWN OF MARSHFIELD, ROCCO<br>LONGO, in his Official Capacity and<br>Individually, and JOHN E. HALL, in his<br>Official Capacity and Individually,<br>    Defendants. | C.A. No. 1:16-cv-12560-NMG |

### DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A) of the United States District Court for the District of Massachusetts, the defendants, Town of Marshfield, Rocco Longo and John E. Hall, hereby make the following initial disclosures based on the information reasonably available to them at present:

    **A.**    **Individuals with Discoverable Information.**

    1.    **Kevin C. Robinson**, 100 Washington Street, Marshfield, MA 02050 (damages; negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; Shauna Robinson's MCAD complaint; union grievances; conflicts of interest; ethics violations; discrimination/retaliation investigations; ethics investigation);

    2.    **Tammy Robinson**, 100 Washington Street, Marshfield, MA 02050 (damages; retirement);

    3.    **Captain Shaun W. Robinson**, Marshfield Fire Department, 60 South River Street, Marshfield, MA 02050 (damages; retirement; Shauna Robinson's employment, job performance and resignation; Shauna Robinson's MCAD complaint; union grievances; conflicts of interest; ethics violations; discrimination/retaliation investigations; ethics investigation);

    4.    **Lieutenant Craig Robinson**, Marshfield Fire Department, 60 South River Street, Marshfield, MA 02050 (damages; retirement; Shauna Robinson's employment, job performance and resignation; union grievances; conflicts of interest; discrimination/retaliation investigations; ethics violations);

5. **James Robinson**, Marshfield, MA (damages, negotiations regarding contract extension; retirement);

6. **Shauna Robinson**, 28 MacArthur Lane, Marshfield, MA 02050 (her employment and job performance at the Marshfield Fire Department; her resignation from MFD; her MCAD complaint);

7. **Chief Timothy J. Grenno**, Whitman Fire Department, 56 Temple Street, Whitman, MA 02382 (Shauna Robinson's employment and job performance at the Marshfield Fire Department);

8. **Chief Scott Duffey**, Rockland Fire Department, 360 Union Street, Rockland, MA 02370 (Shauna Robinson's employment and job performance at the Marshfield Fire Department);

9. **Glenn B. Coffin**, President/CEO, EMTS, Inc., 201 Oak Street, Pembroke, MA 02359 (Shauna Robinson's employment and job performance at the Marshfield Fire Department);

10. **Jodi Corrigan**, Firefighter, Scituate Fire Department, 149 First Parish Road, Scituate, MA 02066 (Shauna Robinson's employment and job performance at the Marshfield Fire Department);

11. **Chief William Hocking**, Marshfield Fire Department, 60 South River Street, Marshfield, MA 02050 (damages; negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; union grievances; conflicts of interest; ethics violations; discrimination/retaliation investigations; ethics investigation);

12. **Deputy Chief Louis J. Cipullo**, Marshfield Fire Department, 60 South River Street, Marshfield, MA 02050 (retirement; Shauna Robinson's employment, job performance and resignation; union grievances);

13. **Captain Anthony Boccuzzo**, Marshfield Fire Department, 60 South River Street, Marshfield, MA 02050 (retirement; Shauna Robinson's employment, job performance and resignation; union grievances);

14. **Matthew Cohen**, Firefighter, Marshfield Fire Department, 60 South River Street, Marshfield, MA 02050 (retirement; Shauna Robinson's employment, job performance and resignation; union grievances);

15. **Chief Richard Gomes** (ret.), Norton Fire Department, 70 East Main Street, Norton, MA 02766 (negotiations regarding contract extension; retirement);

16. **Jack Collins, Esq.**, Collins & Weinberg, LLP, 47 Memorial Drive, Shrewsbury, MA 01545 (negotiations regarding contract extension; retirement);

17. **John J. Clifford, Esq.**, Clifford & Kenny, LLP, 31 Schoosett Street – Unit 405, Pembroke, MA 02359 (negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; union grievances; conflicts of interest; ethics violations);

18. **Robert W. Galvin, Esq.**, Galvin & Galvin, SP, 10 Enterprise Street – Suite 3, Duxbury, MA 02332 (retirement);

19. **Regina G. Ryan, Esq.**, Louison, Costello, Condon & Pfaff, LLP, 101 Summer Street, Boston, MA 02110 (discrimination/retaliation investigations);

20. **Mark D. Smith, Esq.**, Laredo & Smith, LLP, 101 Federal Street – Suite 650, Boston, MA 02110 (conflicts of interest; ethics violations; ethics investigation);

21. **Rocco Longo**, Town Administrator, 870 Moraine Street, Marshfield, MA 02050 (negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; Shauna Robinson's MCAD complaint; union grievances; conflicts of interest; ethics violation; discrimination/retaliation investigations; ethics investigation);

22. **John E. Hall**, Board of Selectmen (former Chair), 870 Moraine Street, Marshfield, MA 02050 (negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; Shauna Robinson's MCAD complaint; union grievances; conflicts of interest; ethics violation; discrimination/retaliation investigations; ethics investigation);

23. **Matthew J. McDonough**, Board of Selectmen (former Vice Chair), 870 Moraine Street, Marshfield, MA 02050 (negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; Shauna Robinson's MCAD complaint; union grievances; conflicts of interest; ethics violation; discrimination/retaliation investigations; ethics investigation);

24. **Stephen G. Robbins**, Board of Selectmen (Chair), 870 Moraine Street, Marshfield, MA 02050 (negotiations regarding contract extension; retirement; Shauna Robinson's employment, job performance and resignation; Shauna Robinson's MCAD complaint; union grievances; conflicts of interest; ethics violation; discrimination/retaliation investigations; ethics investigation); and

25. **Michael Maresco**, Marshfield, MA 02050 (retirement).

B. **Documents, Data Compilations, and Tangible Things.**

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), the defendants state that the following documents and/or categories of documents are in the possession of the defendants and/or undersigned counsel. The defendants reserve the right to supplement this disclosure in the event other relevant documents are identified. The defendants also reserve the right to redact certain documents (prior to production) based on confidentiality, security, and other grounds.

1. Plaintiff's personnel file;
2. Shauna Robinson's personnel file;
3. Regina Ryan Report, dated Feb. 10, 2015, with Exhibits;
4. Mark Smith Report, dated Feb. 25, 2015;
5. Shauna Robinson's MCAD Complaint, dated Jan. 15, 2015;
6. Lack of Probable Cause Finding on Shauna Robinson's MCAD Complaint, dated Jan. 31, 2017;
7. Affidavit of Whitman Fire Chief Timothy J. Grenno, dated May 22, 2015;
8. Affidavit of Rockland Fire Chief Scott Duffey, dated May 27, 2015;
9. EMTS, Inc., correspondence, test results and evaluations regarding Shauna Robinson;
10. Grievances filed by Marshfield Firefighters Local 2568, and members thereof;
11. Correspondence and communications to and from the plaintiff regarding Shauna Robinson, conflicts of interest, contract extension, investigations, union grievances, discipline, administrative leave, retirement, etc.;
12. Minutes of Marshfield Board of Selectmen meetings;
13. Ethics Disclosures submitted by the plaintiff;
14. Ethics Disclosures submitted by Captain Shaun Robinson;

15. Correspondence and communications to and from Attorney Jack Collins regarding the plaintiff;

16. Marshfield Anti-Harassment Policy & Complaint Procedure;

17. Marshfield Town Charter;

18. Plaintiff's Wage & Benefit Contract, dated Feb. 6, 2012;

19. Shauna Robinson's resignation letter, dated April 13, 2014;

20. Plaintiff's resignation letter, dated March 12, 2015;

21. "Marshfield Fire Chief Kevin Robinson resigns," The Patriot Ledger, dated March 12, 2015;

22. WATD interview: "Marshfield: Fire Chief Resigns Following Paid Administrative Leave," posted March 12, 2015 http://959watd.com/blog/2015/03/marshfield-fire-chief-resigns-following-paid-administrative-leave/; and

23. Collective Bargaining Agreement with Marshfield Firefighters Local 2568.

C.  **Damages.**

Not applicable.

D.  **Insurance Agreement.**

A copy of the relevant insurance agreement will be made available to the plaintiff upon request for inspection and copying pursuant to Fed. R. Civ. P. 34, prior to the end of the discovery period.

The Defendants,
TOWN OF MARSHFIELD, ROCCO LONGO and
JOHN E. HALL,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

/s/ John J. Davis
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950

Dated: June 28, 2017

CERTICATE OF SERVICE
I hereby certify that on this day a true copy of this document was served upon each attorney of record/pro se plaintiff via first class mail/electronic mail/fax/hand delivery

6/28/17
Date    Attorney

6