UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN C. ROBINSON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MARSHFIELD, ROCCO LONGO, in his Official Capacity and individually, and JOHN E. HALL, in his official capacity and individually,<br>    Defendants | CIVIL ACTION NO.<br>1:16-cv-12560-NMG |

**PLAINTIFF'S MOTION TO FILE REPLY TO OPPOSITION**

Plaintiff, Kevin Robinson ("Robinson"), hereby respectfully requests that he be permitted to take file a Reply to the Opposition to his Motion to Take Additional Depositions in the above captioned matter. As grounds therefore, Robinson states that this Reply is necessary to correct and clarify statements made by the Town of Marshfield in its opposition.

                PLAINTIFF,
                KEVIN C. ROBINSON

                By his Attorneys,

                /S/ Marisa A. Campagna
                _____
                Marisa A. Campagna BBO# 552692
                71 Commercial Street
                Boston, Massachusetts 02109
                (617) 338-1101
                Marisa@maclawboston.com

>Anne Glennon BBO# 658525
>P.O. Box 2004
>Plymouth Massachusetts 02345
>(617) 285-3670
>Anneglennon.esq@gmail.com

Dated:  May 24, 2018

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 24th day of May 2018.

>/s/ Marisa A. Campagna
>_____
>Marisa A. Campagna