UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN C. ROBINSON,<br>    Plaintiff<br><br>v.<br><br>TOWN OF MARSHFIELD, ROCCO LONGO, in his Official Capacity and individually, and JOHN E. HALL, in his official capacity and individually,<br>    Defendants | CIVIL ACTION NO.<br>1:16-cv-12560-NMG |

PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Pursuant to Rule 60(b)(3) of the Fed. R. Civ. P., plaintiff, Kevin Robinson ("Robinson"), hereby requests that this court grant him relief from the judgment entered by this court on January 11, 2019 on the Motion for Summary Judgment of the defendants, Town of Marshfield (the "Town"), Rocco Longo ("Longo") and John E. Hall ("Hall"). As grounds therefore, Robinson states that he is entitled to the relief.

In the instant case, the issue arises from statements made by defendant Hall. The statements, printed in the *Marshfield Mariner* on January 30, 2019, directly undermine the Town's repeated assertions that Robinson was not forced to leave his position in the face of an ultimatum threatening, among other things, substantial damage to his reputation.

*Motion denied.* NMGorton, USDJ 10/10/19