# United States Court of Appeals
## For the First Circuit

No. 19-1155

KEVIN C. ROBINSON,

Plaintiff-Appellant,

v.

TOWN OF MARSHFIELD; ROCCO LONGO, individually; MICHAEL A. MARESCO, in his official capacity; and JOHN E. HALL, in his official capacity and individually,

Defendants-Appellees.

**JUDGMENT**
Entered: February 14, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's grant of summary judgment on Kevin C. Robinson's federal-law claims under the Age Discrimination and Employment Act, and on the state-law claims for discrimination, retaliation based on the 2015 complaint of age discrimination, and failure to investigate is affirmed. The District Court's grant of summary judgment on the state-law claims for retaliation based on Kevin C. Robinson's 2014 report of gender discrimination, breach of contract, intentional interference with contractual relations, and defamation is vacated, and the District Court is directed on remand to dismiss these claims without prejudice. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Nathaniel M. Gorton
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Anne Glennon
Marisa Ann Campagna
John Joseph Davis
Jason W. Crotty