United States District Court
District of Massachusetts

| | |
|---|---|
| Kevin Robinson,            )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>Town of Marshfield, et al., )<br>                            )<br>        Defendants.         )<br>                            )<br>                            ) | Civil Action No.<br>16-12560-NMG |

ORDER

GORTON, J.

   The state common-law claims of Kevin Robinson ("Robinson" or "plaintiff") for breach of contract (Count IV); defamation (Count V); intentional interference with contractual relations (Count VI); and retaliation pursuant to Mass. Gen. Laws c. 151B based on Robinson's 2014 report of gender discrimination (Count II, in part) are hereby **DISMISSED without prejudice** in accordance with the opinion rendered by the First Circuit Court of Appeals on Friday, February 14, 2020, and its mandate entered March 6, 2020.

**So ordered.**

　　　　　　　　　　　　　　　　　　　　　／s／ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated March 11, 2020

- 1 -